Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, <br><br> Defendant. | Case No. 2:17-cv-03003-KJD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND FRCP 12(b)(7) [ECF NO. 11]** <br><br> **(First Request)** |

SFR Investments Pool 1, LLC ("SFR") and CITIMORTGAGE, INC. ("Bank"), (collectively, the "parties") by and through their respective counsel of record, hereby stipulate as follows to extend the deadline for SFR to file its reply in support of its Motion to Dismiss Pursuant to FRCP 12(b)(6) and FRCP 12(b)(7) [ECF No. 11] as follows:

1. SFR filed its Motion to Dismiss Pursuant to FRCP 12(b)(6) and FRCP 12(b)(7) ("Mot.") on January 12, 2018. [ECF No. 11].

2. The Bank filed its Opposition to Motion to Dismiss ("Bank's Opp.") and Countermotion for Summary Judgment ("CMSJ") on February 1, 2018. [ECF No. 14].

3. SFR's Reply in Support of its Motion to Dismiss is due on February 8, 2018 and its Opposition to the Bank's Countermotion for Summary Judgment is due on February 22, 2018.

- 1 -

4. The parties agree that SFR shall have until **February 22, 2018** to file its reply in support of its motion to dismiss, the same day as its Opposition to the Bank's Countermotion for Summary Judgment is due.

5. This is the first request for an extension of these deadlines and it is not made for the purposes of delay or prejudice to any party.

| DATED this 8th day of February, 2018. | DATED this 8th day of February, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **ALDRIDGE PITE, LLP** |
| */s/ Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for SFR Investments Pool 1, LLC* | */s/ Anthony R. Sassi*<br>Laurel I. Handley, Esq.<br>Nevada Bar No. 9576<br>Anthony R. Sassi, Esq.<br>Nevada Bar No. 12486<br>520 South 4th Street<br>Suite 360<br>Las Vegas, Nevada 89101<br>*Attorney for CITIMORTGAGE, INC.* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March 14, 2018 nunc pro tunc

- 2 -